UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - against -

ZHU FENG, et al.,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

Docket No. 20-MJ-1025 (PK)

       Upon the application of SETH D. DuCHARME, Acting United States Attorney

for the Eastern District of New York, by Assistant United States Attorney Craig R. Heeren, for

an order clarifying and correcting the names of the defendants,

       WHEREFORE, it is ordered that the Clerk of the Court is directed to correct or

confirm that the last names (i.e. "surnames"), first names (i.e. "given names") and aliases of the

defendants are entered on the docket according to the following table:

| Last Name / Surname | First Name / Given Name | Alias |
|---|---|---|
| Zhu | Feng | "Johnny Zhu" |
| Hu | Ji | |
| Li | Minjun | |
| Jin | Hongru | |
| Zhu | Yong | "Jason Zhu" |
| McMahon | Michael | |
| Rong | Jing | |
| Zheng | Congying | |

Dated:    Brooklyn, New York
         November  2  , 2020

S/ Peggy Kuo

_____
HONORABLE PEGGY KUO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK